**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

IN RE:                                                                         **CASE NO.: 14-22064-rdd
CHAPTER 13**

**Horacio F Amieiro,
Andrea T Amieiro,**

    **Debtors.**

_____/

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE THAT**, on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Notice of Mortgage Payment Change filed on September 10, 2018, on Claim 5.**

**Notice of Mortgage Payment Change filed on November 9, 2018, on Claim 5.**

                                       RAS Crane, LLC
                                       Attorney for Secured Creditor
                                       10700 Abbott's Bridge Road, Suite 170
                                       Duluth, GA 30097
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                               By: /s/ Ashlee Fogle
                                      Ashlee Fogle, Esquire
                                      Email: afogle@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on {SENDMONTH} {SENDDAY}, {SENDYEAR}, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Adams Law Group LLC
160 Summit Avenue
Second Floor
Montvale, NJ 07645

Horacio F Amieiro
Andrea T Amieiro
146 West Washington Avenue
Pearl River, NY 10965

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

        RAS Crane, LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: 470-321-7112
        Facsimile: 404-393-1425

        By: /s/ Ashlee Fogle
           Ashlee Fogle, Esquire
           Email:afogle@rascrane.com